UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Troylena Chavis                              Docket No. 7:11-CR-123-3FL

**Petition for Action on Supervised Release**

COMES NOW Henry Ponton, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Troylena Chavis, who, upon an earlier plea of guilty to Conspiracy to Possess with Intent to Distribute 500 Grams or More of Cocaine in violation of 21 U.S.C. §846, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on January 3, 2013, to the custody of the Bureau of Prisons for a term of 45 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 48 months.

Troylena Chavis was released from custody on November 14, 2014, at which time the term of supervised release commenced. The case was reassigned to the Honorable Louise W. Flanagan, U.S. District Judge, on April 6, 2017.

On October 23, 2015, a violation report was submitted to Your Honor advising that the defendant was charged with Driving While License Revoke in Robeson County, North Carolina. The defendant was verbally reprimanded, and Your Honor agreed to take no additional action. The defendant was convicted of the offense on March 2, 2016, and sentenced to 12 months of unsupervised probation.

On September 26, 2016, a violation report was submitted to Your Honor advising that the defendant was charged with Simple Assault in Robeson County, North Carolina. The defendant was verbally reprimanded, and Your Honor agreed to take no additional action. The charge was voluntarily dismissed on February 8, 2017. On June 21, 2017, a violation report was submitted to Your Honor to update the status of the pending charges listed above. Based on the disposition of the aforementioned charges, Your Honor agreed to take no further action.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On February 13, 2018, the defendant was arrested by the Pembroke Police Department in Pembroke, NC, and charged with the offenses of Driving While Impaired, Driving While License Revoked, Expired Registration, and Operate a Vehicle with No Insurance (18CR701982). Her next court date is scheduled for May 23, 2018.

The defendant has been scheduled for a substance abuse assessment at Reality Counseling in Lumberton, North Carolina, on April 17, 2018, at 10:30 AM. The defendant is also on pretrial supervision with the State of North Carolina, and is required to participate in the location monitoring program.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

**Troylena Chavis**
**Docket No. 7:11-CR-123-3FL**
**Petition For Action**
**Page 2**

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ Henry Ponton<br>Henry Ponton<br>U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2536<br>Executed On: April 16, 2018 |

## ORDER OF THE COURT

Considered and ordered this __16th__ day of __April__, 2018, and ordered filed and made a part of the records in the above case.

/s/ Louise W. Flanagan
Louise W. Flanagan
U.S. District Judge